**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FRANCISCO SPAGNA,** | )<br>) |
| Plaintiff, | )<br>)   Case  No. CV 12-5912 ODW (AJW) |
| v. | )<br>)   ]<br>)   **J U D G M E N T** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social**<br>**Security,** | )<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

June 25, 2013

_____
OTIS D. WRIGHT, II
United States District Judge