**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FRANCISCO SPAGNA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,**<br><br>　　　　**Defendant.** | Case No. CV 12-5912 ODW (AJW)<br><br>]<br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is affirmed.

June 25, 2013

_____
OTIS D. WRIGHT, II
United States District Judge